

Monday, July 25, 2011

No. 11–0104/AF. U.S. v. Edward T. Hudson. CCA 37249. Appellant's motion to extend time to file a supplement to the petition for grant of review granted to August 11, 2011.

Tuesday, July 26, 2011

No. 11–0564/MC. U.S. v. Bradley A. Morales. CCA 201000057. Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.